52 So.2d 886

### Julian Brady BLACKSHEAR v. STATE.
4 Div. 166.

Court of Appeals of Alabama.
April 3, 1951.

HARWOOD, Judge.
Affirmed.

52 So.2d 886

### Samuel Louie BULLARD v. STATE.
2 Div. 816.

Court of Appeals of Alabama.
April 17, 1951.

John W. Drinkard, of Linden, for appellant.

Si Garrett, Atty. Gen., and Wm. N. McQueen, Asst. Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

60 So.2d 914

### James A. BURCHELL v. STATE.
8 Div. 107.

Court of Appeals of Alabama.
Aug. 12, 1952.

Jas. W. Woodroof, Athens, for appellant.

Si Garrett, Atty. Gen., and A. A. Carmichael, Asst. Atty. Gen., for the State.

CARR, Presiding Judge.
Affirmed.

62 So.2d 926

### Wilburn BUTLER v. STATE.
8 Div. 130.

Court of Appeals of Alabama.
Jan. 27, 1953.

Harold Pounders and Wm. F. Baker, Florence, for appellant.

Si Garrett, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

55 So.2d 925

### STATE v. Woody CAMBRON.
8 Div. 77.

Court of Appeals of Alabama.
Nov. 20, 1951.

Si Garrett, Atty. Gen., and A. J. Harris, Asst. Atty. Gen., for appellant.

Claud D. Scruggs, Guntersville, for appellee.

PRICE, Judge.
Appeal dismissed on authority of State v. Gray, ante, p. 289, 55 So.2d 358.

52 So.2d 886

### Glen CANTRELL v. STATE.
8 Div. 881.

Court of Appeals of Alabama.
Jan. 23, 1951.

PER CURIAM.
Appeal dismissed.